

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00389-CV
_____

RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC. N/K/A RY
FISCHER & ASSOCIATES, INC., Appellants

V.

MARK BOOZER, JERROD RAYMOND AND CTMI, LLC, Appellees

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-284212-16

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).


Per Curiam

Delivered:  September 12, 2024